In the Matter of the Final Accounting of JOHN W. DWIGHT, as Assignee of ALBERT B. FITCH and CHARLES D. ALDRICH, Individually and as Composing the Firm of FITCH & ALDRICH.

JOHN W. DWIGHT, as Assignee, et al., Appellants; CHEMUNG CANAL BANK et al., Respondents.

*Matter of Dwight*, 61 App. Div. 357, appeal dismissed.
(Argued December 12, 1902; decided December 16, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 16, 1901, affirming a judgment of the Chemung County Court settling the accounts of the petitioner under the provisions of the General Assignment Act.

*Judson A. Gibson* and *Harry S. Thayer* for appellants.

*Frederick Collin* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ.

---

MARY E. REILLEY, Appellant, *v.* THE ALBANY COUNTY BANK, Respondent.

*McCarty* v. *Albany County Bank*, 51 App. Div. 619, affirmed.
(Argued December 2, 1902; decided December 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 13, 1900, affirming a judgment in favor of defendant entered upon the report of a referee.

*Worthington Frothingham* for appellant.

*Edwin Countryman* and *Lansing Hotaling* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.